JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABACUC HERAS, an individual,<br>Plaintiff,<br><br>v.<br><br>ABDUL JAMAL SHERIFF, as an<br>individual and dba Come and Go<br>Market; SATIN OAK PROPERTIES<br>LP, a California limited partnership;<br>and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:17-cv-06581- AB-SK<br><br>**ORDER RE VOLUNTARY DISMISSAL<br>WITH PREJUDICE**<br><br>Complaint Filed: September 7, 2017<br>Trial Date: None |

[PROPOSED] ORDER
**VOLUNTARY DISMISSAL WITH PREJUDICE**

1
2
After consideration of the stipulation of the parties and good cause appearing,

3
IT IS HEREBY ORDERED that matter is dismissed with prejudice.

4
DATED:      November 17, 2017

5
6
7
**HONORABLE ANDRÉ BIROTTE JR.**

8
**UNITED STATES DISTRICT JUDGE**

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1
ORDER
**VOLUNTARY DISMISSAL WITH PREJUDICE**